UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **ROBERT BLACKWELL**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**KRAEMER NORTH AMERICA, LLC**,<br><br>Defendant. | Case No. 0:23-cv-1851-KMM-LIB<br><br>Judge Katherine M. Menendez<br><br>Magistrate Judge Leo I. Brisbois |

### PLAINTIFF'S SUPPLEMENTAL UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Robert Blackwell, on behalf of himself and all others similarly situated, hereby submits this Supplemental Unopposed Motion for Final Approval of Class Action Settlement.

The Court held the Final Approval Hearing on August 12, 2024. At the hearing, Plaintiff noted that the deadline to opt-out of the Settlement was July 24, 2024, with the Settlement Administrator still receiving timely opt-out notices after that date. As a result, Plaintiff informed the Court that he would submit the final opt-out list, which is to be Exhibit A to the Proposed Final Approval Order (submitted herewith), within 30 days of the hearing.

As of today, the Settlement Administrator informs Plaintiff's counsel that it has received five timely opt-out requests and does not expect to receive further timely opt-outs.

1

*See* Supplemental Declaration of Christopher Leung of Simpluris. Inc. Regarding Notice and Settlement Administration, ¶3, Ex. A.

For the reasons stated in Plaintiff's Unopposed Motion for Final Approval (Doc. 58), on the record at the Final Approval Hearing, and herein, Plaintiff respectfully requests that the Court enter the Proposed Final Approval Order.

.

Dated: August 22, 2024    By: */s/ Raina C. Borrelli*
             Raina C. Borrelli
             Samuel J. Strauss (*pro hac vice*)
             Brittany Resch
             STRAUSS BORRELLI PLLC
             One Magnificent Mile
             980 N Michigan Avenue, Suite 1610
             Chicago IL, 60611
             Telephone: (872) 263-1100
             Facsimile: (872) 263-1109
             raina@straussborrelli.com
             sam@straussborrelli.com
             bresch@straussborrelli.com

             *Attorneys for Plaintiff and Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on August 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 22nd day of August, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

3